```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARMEN SMITH                     :     CIVIL ACTION
                                 :
              v.                 :
                                 :
DELAWARE RIVER                   :
STEVEDORES, et al.               :     NO. 07-1864
```

ORDER

AND NOW, this 28th day of November, 2011, upon consideration of the defendant International Longshoremen's Association, Local 1291's Motion for Summary Judgment (Docket No. 81) and the plaintiff's letter response thereto (Docket No. 87), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff. This case is closed.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```